**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland,<br><br>Plaintiffs,<br><br>v.<br><br>City of Evanston,<br><br>Defendant. | )<br>)<br>) Case No. 24-cv-4269<br>)<br>)<br>)<br>) Hon. John F. Kness<br>)<br>) Hon. Gabriel A. Fuentes<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF AUDREY THOMPSON**

I, Audrey Thompson, being duly sworn, deposes, and says:

1. My name is Audrey Thompson. I am over the age of eighteen and I have personal knowledge of the facts set forth below.

2. I am the Parks, Recreation, and Community Services Director of the City of Evanston ("Evanston"). In that role, I help to administer the Local Reparations Restorative Housing Program ("the Program") and am familiar with the Program's details.

3. In 2019 and 2020, Evanston passed a series of resolutions and adopted reports acknowledging Evanston's history of policies and practices that explicitly discriminated against its Black residents between 1919 and 1969, and how the effects of that acknowledged discrimination linger to this day.

4. To remedy in part this acknowledged discrimination as well as other discrimination that may have occurred in Evanston, Evanston created the Program. The Program provides $25,000 housing grants to Evanston residents who either suffered the acknowledged discrimination directly, are direct descendants of those who suffered the acknowledged discrimination directly, or are individuals who suffered from any other housing discrimination due to Evanston's policies and practices after 1969.

5. Applicants to the Program must indicate how they intend to use the housing grant they receive. The Program's housing grants must be used 1) to assist with purchasing real property in Evanston; 2) to improve real property in Evanston; 3) to pay down a mortgage on real property in Evanston; or 4) to pay for a combination of housing-related expenses for real

property in Evanston. As part of the Program's application, applicants must indicate for what housing-related purpose they intended to use the funds for in Evanston. Applicants are required to only use the grant for property that is their principal residence.

6.    Applications for the Program were accepted only from September 21 to November 5, 2021. Evanston has no current plans to reopen applications for the Program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2024

*Audrey L. Thompson*
Audrey Thompson

Subscribed and sworn to
before me this  22  day
of July, 2024.

*Mitzi Y. Gibbs*
Notary Public

MITZI Y GIBBS
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 22, 2026