# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland, <br><br> Plaintiffs, <br><br> v. <br><br> City of Evanston, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 24-cv-4269 <br><br> Hon. John F. Kness <br><br> Hon. Gabriel A. Fuentes |

## [PROPOSED] DEFENDANT CITY OF EVANSTON'S JURISDICTIONAL INTERROGATORIES TO PLAINTIFFS

Defendant City of Evanston, Illinois ("Evanston"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests that each Plaintiff Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland (collectively, "Plaintiffs") respond individually to the following interrogatories separately and fully, in writing, and under oath, no later than thirty (30) days after service hereof according to the instructions below.

## INTERROGATORIES

1. State your full name (and any other names you have used), the address of your principal residence since January 1, 2021, and your date of birth.

2. Have you ever lived in Evanston? If so, when?

3. At any time from January 1, 2021 to the present, did you possess any interest in any real property in Evanston? If your answer is anything other than an unqualified negative, for each property interest, state:

    a. The nature of your property interest (such as in fee simple, an easement, or a contingent interest);

1

      b.      The address of the real property in which you possess or possessed an interest;

      c.      Whether the property was your principal residence, and if so, when; and

      d.      The time period during which you possessed your property interest.

4.      If you do not currently possess an interest in real property in Evanston, identify in detail any specific intentions and/or attempts to acquire an interest in real property in Evanston, including but not limited to attempting to buy or lease a home in Evanston, from January 1, 2021 to the present.

5.      Describe in detail how you first learned of Evanston's Local Reparations Restorative Housing Program (the "Program"), including:

      a.      The date on which you first learned of the Program; and

      b.      The source from which you first learned about the Program, such as media reports, social media posts, specific communication from an individual or organization, or any other source.

6.      When did you first consider applying to participate in the Program?

7.      Identify any of your parents, grandparents, or great-grandparents ("ancestors") who were Evanston residents between 1919 and 1969 and were at least 18 years old during that time. Include:

      a.      The names of the relevant ancestors and their dates of birth;

      b.      Your relationship to the relevant ancestor (i.e., child, grandchild, great-grandchild);

      c.      The Evanston address(es) of the relevant ancestors and the dates they were Evanston residents; and

      d.      Any housing discrimination suffered by the relevant ancestors due to Evanston's policies and practices.

## **INSTRUCTIONS & DEFINITIONS**

1. The foregoing interrogatories are to be answered individually by each plaintiff.

2. References to entities should be interpreted broadly to include the named entity and its affiliates, parents, subsidiaries, officers, directors, shareholders (both present and former), employees, and agents.

3. Whenever appropriate in these interrogatories, the singular and plural forms of words shall be interpreted interchangeably so as to bring within the scope of these requests any matter that might otherwise be construed to be outside their scope.

4. If you withhold any information on the basis of privilege or other protection, provide a privilege log with sufficient information to allow the Court and the parties to determine the validity of the claim of privilege or other protection.

5. "You" includes both you as an individual and any entity you are associated with, such as a land trust that may give you an interest in real property.

6. "Identify" a person means to state the Person's full name and include any other details as indicated by the Interrogatory.

7. "Identify" with respect to an event or occasion means to state the date, time, and place of the occasion or event and the identity of the Person(s) present, and to describe in detail what happened on the occasion or event.

8. "Principal residence" means your primary home where you live and spend the most amount of time residing annually. It does not include any secondary, vacation, or non-primary residence. A principal residence may include a multi-unit structure.

Dated: July 22, 2024

Respectfully submitted,

CITY OF EVANSTON

By: */s/ Michael T. Brody*
    *One of its attorneys*

Michael T. Brody
Precious S. Jacobs-Perry

3

Jeffrey P. Salvadore
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel.: (312) 222-9350
Fax: (312) 527-0484
mbrody@jenner.com
pjacobs-perry@jenner.com
jsalvadore@jenner.com

Alexandra B. Ruggie
Matthew Slodowy
CITY OF EVANSTON
2100 Ridge Ave
Evanston, IL 60201
Tel.: (847) 866-2937
aruggie@cityofevanston.org
mslodowy@cityofevanston.org

*Counsel for Defendant*