IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLINN ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:24-cv-4269 |
| | ) | |
| CITY OF EVANSTON. | ) | Honorable John F. Kness |
| Defendant. | ) | |

To whom it may concern:

On May 23, 2024, I mistakenly made two payments for the filing of the Complaint on the above matter.

I respectfully request a refund in the amount of $405.00 for Receipt No. AILNDC-22006728 as it is a duplicate payment.

I was correctly billed for Receipt No. AILNDC-22006789.

Thank you for your attention in this regard.

Respectfully submitted,

CHALMERS, ADAMS, BACKER & KAUFMAN

_____/s/ Christine Svenson_____
Christine Svenson

Attorney for Plaintiff
Alice Christine Svenson
Chalmers, Adams, Backer & Kaufman, LLC
345 N. Eric Drive
Palatine IL 60067
312.437.8629
csvenson@chalmersadams.com
ARDC No. 6230370