# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Margot Flinn, et al.

                    Plaintiff,

v.                                              Case No.: 1:24−cv−04269

                                                                 Honorable John F. Kness

City of Evanston

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, February 8, 2025:

      MINUTE entry before the Honorable John F. Kness: Defendant's motion [24] for leave to file a notice of supplemental authority is granted. The Court has read Plaintiffs' response in opposition and notes the challenges detailed by Plaintiffs' counsel in conferring with Defendant's counsel on whether the motion for leave would be opposed. Partly in view of that narrative, Plaintiffs are given leave to file a response to the notice of supplemental authority, not to exceed five pages, on or before 2/24/2025. No further briefing on the supplemental authority will be permitted. By separate order, the Court will set a date for in−person oral argument on the pending motion [13] to dismiss. Mailed notice (jfk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.