IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland,<br><br>Plaintiffs,<br><br>v.<br><br>City of Evanston,<br><br>Defendant. | Case No. 24-cv-4269<br><br>Hon. John F. Kness, District Judge<br><br>Hon. Gabriel A. Fuentes, Magistrate Judge |

## MOTION TO WITHDRAW COUNSEL

The Defendant, City of Evanston, by and through its undersigned counsel, hereby moves this Court for an order permitting the withdrawal of Matthew Slodowy as counsel of record in the above-captioned matter. In support of this motion, the Defendant states as follows:

1. **Withdrawal of Counsel:** Attorney Matthew Slodowy is no longer employed by the City of Evanston, with his last day of employment being August 22, 2025. Therefore, he seeks to withdraw as counsel for the Defendant in this matter.

2. **Continued Representation:** The City of Evanston will continue to be represented by the remaining counsel of record in this case, ensuring no disruption in the legal representation of the Defendant

3. **Notice to Parties:** The Defendant requests that the Clerk of the Court update the docket to reflect the withdrawal of Matthew Slodowy as counsel for the City

of Evanston. All future communications and filings should be directed to the remaining counsel of record.

WHEREFORE, the Defendant, City of Evanston, respectfully requests that this Court grant the motion for withdrawal of Matthew Slodowy as counsel and for such other and further relief as the Court deems just and proper.

Date: August 22, 2025  City of Evanston

By: /s/Matthew Slodowy

Alexandra B. Ruggie, Corporation Counsel (aruggie@cityofevanston.org)
Cynthia S. Grandfield, Deputy City Attorney (cgrandfield@cityofevanston.org)
Kathryn Penrose, Assistant City Attorney (kpenrose@cityofevanston.org)
City of Evanston
Lorraine H. Morton City Hall
Law Department
909 Davis Street
Evanston, Illinois 60201
(847) 866-2937
Fax (847) 866-8093
law@cityofevanston.org