**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARGOT FLINN, CAROL JOHNSON, STASYS NEIMANAS, BARBARA REGARD, HENRY REGARD, and STEPHEN WEILAND, | ) ) ) ) | Case No. 24-cv-4269 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Hon. John F. Kness, District Judge |
| CITY OF EVANSTON, | ) ) | |
| Defendant. | ) ) | |

**UNITED STATES OF AMERICA'S STATEMENT REGARDING PROPOSED
BRIEFING SCHEDULE FOR UNITED STATES OF AMERICA'S MOTION TO
INTERVENE**

Plaintiff-Intervenor the United States of America ("United States"), Plaintiffs Margot

Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland

("Plaintiffs") and Defendant City of Evanston ("Evanston") set forth the following with respect

to the United States' Motion to Intervene, filed on June 16, 2026, Dkt. 48:

1. Counsel for the United States notified Plaintiffs of its intention to file a Motion to Intervene

   on June 9, 2026. Counsel for Plaintiffs do not oppose the motion.

2. Counsel for the United States notified counsel for Evanston of its intention to file a Motion

   to Intervene on June 10, 2026. Counsel for Evanston do not consent to the motion.

3. Counsel for the United States and Counsel for Evanston conferred and have agreed to the

   following briefing schedule for the Motion:

   a. Evanston will have until July 20 to file a response to the Motion.

   b. The United States will have until August 3 to file a reply to the City's response, if

      it chooses to do so.

Respectfully submitted,

ANDREW S. BOUTROS
 United States Attorney Northern
 District of Illinois

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

 JESUS A. OSETE
 Principal Deputy Assistant Attorney
 General

 ERIC SELL
 Deputy Assistant Attorney General

 GREGORY DOLIN
 Senior Counsel

 CARRIE PAGNUCCO
 Chief

 /s/ Timothy J. Moran
 TIMOTHY J. MORAN (Ill. Bar No.
 6207397)
 Deputy Chief
 Housing and Civil Enforcement Section
 Civil Rights Division
 U.S. Department of Justice
 950 Pennsylvania Avenue
 Washington, DC 20530
 Tel.: (202) 532-5422
 Fax: (202) 514-1116
 Timothy.Moran@usdoj.gov

 Attorneys for Plaintiff
 United States of America

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

_/s/ Timothy J. Moran_