**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARGOT FLINN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case Number: 24-cv-04269 |
| | ) | |
| v. | ) | Hon. John F. Kness, District Judge |
| | ) | |
| CITY OF EVANSTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' STATEMENT REGARDING PROPOSED BRIEFING
SCHEDULE FOR PLAINTIFFS' MOTION TO STAY BRIEFING ON
DEFENDANT'S MOTION TO BIFURCATE DISCOVERY**

Plaintiffs Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland AND Defendant City of Evanston set forth the following with respect to Plaintiffs' Motion to Stay Briefing on Defendant's Motion to Bifurcate Discovery, filed on June 16, 2026:

1. On June 15, 2026, Plaintiffs notified Defendant that they intended to file a Motion to Stay Briefing on Defendant's Motion to Bifurcate Discovery and asked for Defendant's position on such motion. Defendant informed Plaintiffs that it opposes Plaintiff's motion for a stay.

2. Plaintiffs and Defendant subsequently conferred and have agreed to the following briefing schedule for the motion for a stay:

A. Defendant will file a Response to Plaintiffs' motion on or before June 24, 2026.

B. Plaintiffs will file a Reply in Support of their Motion on or before July 1, 2026, if it chooses to do so.

- 2 -

Dated:  June 17, 2026

Respectfully submitted,

/s/ Michael Bekesha
Paul J. Orfanedes (Ill. Bar No. 6205255)
Michael Bekesha (Mass. Bar No. 675787)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
Tel: (202) 646-5172

*Counsel for Plaintiffs*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ Michael Bekesha