# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Margot Flinn, et al.

                    Plaintiff,

v.

City of Evanston

                    Defendant.

Case No.: 1:24–cv–04269
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 7, 2026:

      MINUTE entry before the Honorable John F. Kness: Plaintiffs' motion [53] to stay briefing on Defendant's motion to bifurcate discovery until the intervention issue is resolved is denied. To be sure, intervention by the United States might have some effect on the discovery schedule in this case, but that possibility does not warrant staying briefing on Defendant's motion to bifurcate. Any effect of a favorable intervention ruling, including whether supplemental briefing or modification of any discovery schedule is appropriate, can be addressed if and when the United States becomes a party to the case. On the Court's initiative, the due date for Plaintiffs' response to Defendant's motion is extended to July 17, 2026. Defendant's reply, if any, must be filed on or before July 31, 2026. The August 6, 2026 hearing is reset to 8/25/2026 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.