**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Margot Flinn, et al.
Plaintiff,
v.
City of Evanston
Defendant.

Case No.: 1:24−cv−04269
Honorable John F. Kness

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable John F. Kness: In−person status hearing held on 10/15/2026. For the reasons stated on the record and that will be memorialized in an opinion to be entered by separate order, the Government's motion to intervene [148] is granted. The Government is directed to file the complaint in intervention as a separate docket entry on or before 10/23/2026. The parties are directed to meet and confer as to Defendant's motion to bifurcate discovery [45]. A continued telephonic status hearing is set for 10/29/2026 at 11:00 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.