**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Margot Flinn, Carol Johnson, Stasys Neimanas, Barbara Regard, Henry Regard, and Stephen Weiland, | ) | Case No. 24-cv-4269 |
| Plaintiffs, | ) | |
| v. | ) | Hon. John F. Kness |
| | ) | Hon. Gabriel A. Fuentes |
| City of Evanston, | ) | |
| Defendant. | ) | |

**DEFENDANT CITY OF EVANSTON'S MOTION TO DISMISS PURSUANT TO**
**RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

For the reasons provided in the accompanying memorandum of law, City of Evanston ("Evanston"), by and through its attorneys, and pursuant to Rule 12 of the Federal Rules of Civil Procedure, hereby respectfully move this Court to dismiss Plaintiff-Intervenor the United States of America's ("the Government") Complaint in Intervention (the "Complaint"), with prejudice. In support of this motion, Evanston submits the accompanying memorandum of law, and states as follows:

1. On October 16, 2026, the Government filed the Complaint. (Dkt. 70.)

2. For the reasons stated in the accompanying memorandum of law, the Government's Complaint in Intervention is barred by well-established law and should be dismissed with prejudice.

WHEREFORE, for all the reasons stated in this motion and the accompanying memorandum of law in support, Evanston respectfully requests that this Court enter an order dismissing the Complaint with prejudice and ordering any other relief that the Court deems proper.

Dated: November 13, 2026

Respectfully submitted,

CITY OF EVANSTON
By: /s/ Precious S. Jacobs
*One of its attorneys*

Wade A. Thomson
Precious S. Jacobs
Kaiwen Luan
Jeffrey P. Salvadore
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel.: (312) 222-9350
Fax: (312) 527-0484
wthomson@jenner.com
pjacobs@jenner.com
kluan@jenner.com
jsalvadore@jenner.com

Alexandra B. Ruggie
Cynthia Grandfield
CITY OF EVANSTON
909 Davis Street, 3rd Floor
Evanston, Illinois 60201
Tel.: (847) 866-2937
aruggie@cityofevanston.org
cgrandfield@cityofevanston.org

*Counsel for Defendant City of Evanston*